| | |
|---|---|
| CHRISTOPHER BLACKSTONE | SUIT NO.: 680555 SECTION: 23 |
| VERSUS | |
| CHRISTOPHER D. DANTIN, CHRIS A. DANTIN, CHRIS DANTIN, INC. DANTIN FINANCIAL, LLC, DANTIN FINANCIAL MANAGEMENT, INC CHRIS DANTIN FINANCIAL SERVICES, LLC and DANTIN FINANCIAL ADVISORY, LLC | 19TH JUDICIAL DISTRICT COURT PARISH OF EAST BATON ROUGE STATE OF LOUISIANA |

## FINAL JUDGMENT

Plaintiff's Motion for Summary Judgment came for hearing on April 25, 2022, at 9:30 o'clock a.m. Present were:

**Andrée Matherne Cullens**, counsel for Plaintiff, Christopher Blackstone, and

**Gregory E. Bodin**, counsel for defendants Christopher D. Dantin and Chris Dantin Financial Services, LLC,

After considering the pleadings, evidence, and arguments of counsel, and for the reasons orally assigned,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that Plaintiff's Motion for Summary Judgment is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that Christopher D. Dantin, whose date of birth is October 28, 1974, and Chris Dantin Financial Services, LLC *in solido* are liable to Christopher Blackstone for $1,357,238.35, plus attorney's fees in the amount of $132,345.75, with additional legal interest from December 1, 2021 accruing on these amounts until paid in full, taxable costs of $2,161.94 and all filing costs of these proceedings.

Baton Rouge, Louisiana this _____ day of _____, 2022.

5/5/2022

_____
HONORABLE JUDGE MARTIN COADY, ~~ad hoc~~
19th JUDICIAL DISTRICT COURT
**Judge Pro Tempore Martin E. Coady**

PLEASE GIVE NOTICE TO ALL COUNSEL OF RECORD

Respectfully submitted:

_____
J. E. Cullens, Jr., T.A., La. Bar #23011
Andrée Matherne Cullens, La. Bar #23212
**WALTERS, PAPILLION, THOMAS, CULLENS, LLC**
12345 Perkins Road, Bldg One
Baton Rouge, LA 70810
Phone: (225) 236-3636
Facsimile: (225) 236-3650
Email: cullens@lawbr.net

I HEREBY CERTIFY THAT ON THIS DAY A COPY OF THE WRITTEN REASONS FOR JUDGMENT / JUDGMENT / ORDER / COMMISSIONER'S RECOMMENDATION WAS MAILED BY ME WITH SUFFICIENT POSTAGE AFFIXED.
SEE ATTACHED LETTER FOR LIST OF RECIPIENTS.

DONE AND MAILED ON May 09, 2022

_____
DEPUTY CLERK OF COURT


EXHIBIT A