## PAYOFF

____Christopher Blackstone____ versus ____Christopher D. Dantin, et al____
Suit #680555, Section 23
19th Judicial District Court
Parish of East Baton Rouge

Payoff through: __1/21/2024__

| | | |
|---|---|---|
| Principal: | $ | 1,357,238.35 |

Legal Interest:

(from 12/1/2021 to 1/31/2023)   $ 59,030.57
(as provided in 5/5/2022 "Final Judgment")

(from 2/1/2023 to 1/21/2024)   $ 85,141.20
(as provided in 5/5/2022 "Final Judgment")
(calculated on balance due after applying $37,500 payment)

| | | |
|---|---|---|
| Total Interest: | $ | 144,171.77 |
| Attorney Fees: (granted by 5/5/2022 "Final Judgment") | $ | 132,345.75 |
| Court Costs: (granted by 5/5/2022 "Final Judgment") | $ | 2,161.94 |
| Total: | $ | 1,635,917.81 |
| Credit: | $ | -37,500.00 |
| **Total Due** (through 1/21/2024): | $ | 1,598,417.81 |

BRIMAN\7381\21363\4974476.v1-2/28/24


EXHIBIT B