EAST BATON ROUGE PARISH **C-680555**
Filed Mar 24, 2021 2:21 PM **23**
Deputy Clerk of Court

| | | |
|---|---|---|
| CHRISTOPHER BLACKSTONE | : | SUIT NO.: 680555 SECTION: 23 |
| VERSUS | : | |
| CHRISTOPHER D. DANTIN, CHRIS A. DANTIN, CHRIS DANTIN, INC. DANTIN FINANCIAL, LLC, DANTIN FINANCIAL MANAGEMENT, INC CHRIS DANTIN FINANCIAL SERVICES, LLC and DANTIN FINANCIAL ADVISORY, LLC | : | 19TH JUDICIAL DISTRICT COURT PARISH OF EAST BATON ROUGE STATE OF LOUISIANA |

## JUDGMENT

Plaintiff's Motion for Partial Summary Judgment came for hearing on March 15, 2021 at 9:30 o'clock a.m. Present were:

**Andrée Matherne Cullens**, counsel for Plaintiff, Christopher Blackstone,

**Gregory E. Bodin**, counsel for defendants Christopher D. Dantin, Dantin Financial, LLC, Chris Dantin Financial Services, LLC, Dantin Financial Management, Inc., and Dantin Financial Advisory, LLC, and

**Michael C. Palmintier**, counsel for defendants Chris A. Dantin and Chris Dantin, Inc.

After considering the pleadings, evidence, and arguments of counsel, and for the reasons orally assigned,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that Plaintiff's Motion for Partial Summary Judgment is **GRANTED.**

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that Christopher D. Dantin, whose date of birth is October 28, 1974, and Chris Dantin Financial Services, LLC are liable to Christopher Blackstone in the principal amount of $1,500,000 and interest as of March 3, 2018 in the amount of $254,902.75.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that the remaining issues of additional interest and attorney's fees owed to Christopher Blackstone and any credits to which Christopher D. Dantin and Chris Dantin Financial Services, LLC may be entitled to are reserved and are not addressed by this Judgment.

Baton Rouge, Louisiana this **26** day of **March**, 2021.

_William A. Morvant_
**HONORABLE JUDGE WILLIAM A. MORVANT**
**19th JUDICIAL DISTRICT COURT**

**PLEASE GIVE NOTICE TO ALL COUNSEL OF RECORD**
Respectfully submitted:

I HEREBY CERTIFY THAT ON THIS DAY A COPY OF THE WRITTEN REASONS FOR JUDGMENT / JUDGMENT / ORDER / COMMISSIONER'S RECOMMENDATION WAS MAILED BY ME WITH SUFFICIENT POSTAGE AFFIXED.
SEE ATTACHED LETTER FOR LIST OF RECIPIENTS.

DONE AND MAILED ON March

_____
DEPUTY CLERK OF COURT

**EXHIBIT D**